FILED
 2008 Jun-10 AM 11:07
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DEE CEE SKINNER,** | ] |
| | ] |
| **Petitioner,** | ] |
| | ] |
| vs. | ] CIVIL ACTION NO. 05-RRA-1532-W |
| | ] |
| **WARDEN McDONNELL and** | ] |
| **THE ATTORNEY GENERAL** | ] |
| **FOR THE STATE OF ALABAMA,** | ] |
| | ] |
| **Respondents.** | ] |

## **MEMORANDUM OPINION**

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and that the action be dismissed. No objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** this the 10th day of June, 2008.

                                                              **VIRGINIA EMERSON HOPKINS**
                                                              United States District Judge